Matthew Z. Crotty, WSBA 39284
CROTTY & SON LAW FIRM, PLLC
905 W. Riverside Ave. Ste. 404
Spokane, WA 99201
Telephone:  (509) 850-7011
Facsimile:   (509) 703-7957
Email:  matt@crottyandson.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARLYN WOOD,<br><br>           Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE ARMY,<br><br>           Defendant. | Case No.<br><br>**COMPLAINT FOR VIOLATION OF THE FREEDOM OF INFORMATION ACT (FOIA)** |

## I.    INTRODUCTION

1. This case arises out of the United States Army's ("Army") repeated failures to comply with the Freedom of Information Act (FOIA).

2. Plaintiff, Arlyn Wood, is an honorably discharged and retired U.S. Army combat veteran whose post 9/11 military service includes tours of duty in Iraq, Turkey, the Republic of Georgia, and against Al Quaeda and Al Shabaah in North, East, and West Africa. Mr. Wood is

COMPLAINT FOR VIOLATION OF THE
FREEDOM OF INFORMATION ACT (FOIA) - 1

also a father and, since at least 2015, he has sought, from the Army, records regarding, *inter alia,* investigations the Army conducted regarding the abuse and neglect of his minor children.

## II. JURISDICTION AND VENUE

3. Plaintiff incorporates the above paragraphs as if pled verbatim herein.

4. This Court has subject matter jurisdiction pursuant to 5 U.S.C. §552(a)(4)(B) and 28 U.S.C. § 1331.

5. Venue is proper under 28 U.S.C. § 1391(e) and 5 U.S.C. § 552(a)(4)(B) as Mr. Wood resides in this District and FOIA provides, in relevant part, "that the district court of the United States in the district in which the complainant resides…has jurisdiction to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant."

## III. PARTIES

6. Plaintiff incorporates the above paragraphs as if pled verbatim herein.

7. Mr. Wood resides in Kirkland, Washington and maintained a residence in Kirkland, Washington, or elsewhere in the Western District of Washington, during all times relevant to this lawsuit.

8. Defendant, U.S. Army, is an agency of the United States Government under 5 U.S.C. § 552(f) and is headquartered at 300 Army Pentagon, Washington, DC 20310-300. The Army has possession, custody, and control of records to which Mr. Wood seeks access.

## IV. STATEMENT OF FACTS

9. Plaintiff incorporates the above paragraphs as if pled verbatim herein.

10. On or about November 3, 2015, Mr. Wood submitted a FOIA request to the Army that sought records concerning Mr. Wood's participation in (and involuntary removal from) the Captains Career Course and emails that Gerald Smith sent or received regarding Mr. Wood. (FOIA Request No. 1)

11. On or about December 10, 2015, the Army acknowledged receipt of Mr. Wood's November 3, 2015, FOIA request, thanked Mr. Wood for his "participation in the Army Freedom of Information Act Program" and told Mr. Wood that the FOIA request was forwarded to the U.S. Army's Human Resources Command for processing. The Army assigned a control number, FP 16-0233, to the above-referenced FOIA request.

12. This is the Army's only response to FOIA Request No. 1.

13. As of the date of this Complaint, the Army has not produced a single document responsive to FOIA Request No. 1.

14. As of the date of this Complaint, the Army has not given Mr. Wood any justification for its refusal to produce or otherwise respond to FOIA Request No. 1.

15. On February 23, 2016, Mr. Wood submitted a FOIA request to the Army requesting that the Army's Criminal Investigative Division (CID) produce all "CID 0055-215-CID 277 case records." (FOIA Request No. 2)

16. As of the date of this Complaint, the Army has not responded, at all, to FOIA Request No. 2.

17. On February 23, 2016, Mr. Wood submitted a FOIA request to the Army requesting that the Army's Criminal Investigative Division (CID) produce all "CID 0094-215-CID 277 case records." (FOIA Request No. 3)

18. As of the date of this Complaint, the Army has not responded, at all, to FOIA Request No. 3.

19. On February 8, 2018, Mr. Wood submitted a FOIA request to the Army that requested records related to Mary Ellen Kauffman, the Family Advocacy Program Manager for Stuttgart, Germany. (FOIA Request No. 4)

20. On February 14, 2018, the Army acknowledged receipt of Mr. Wood's February 8, 2018, FOIA request and told Mr. Wood that the FOIA request was forwarded to the HQ, U.S. Army Europe, G6 "for action and direct response to you." The Army assigned a control number, FP 18-010416, to the above-referenced FOIA request.

21. This is the Army's only response to FOIA Request No. 4.

22. As of the date of this Complaint, the Army has not produced a single document responsive to FOIA Request No. 4.

23. As of the date of this Complaint, the Army has not given Mr. Wood any justification for its refusal to produce or otherwise respond to FOIA Request No. 4.

24. On February 8, 2018, Mr. Wood submitted a FOIA request to the Army that requested records related to Mary Ellen Kauffman, the Family Advocacy Program Manager for Stuttgart, Germany and any charges that Ms. Kauffman filed against Mr. Wood. (FOIA Request No. 5)

25. On February 14, 2018, the Army acknowledged receipt of Mr. Wood's February 8, 2018, FOIA request and told Mr. Wood that the FOIA request was forwarded to the HQ, U.S. Army Europe, G6 "for action and direct response to you." The Army assigned a control number, FP 18-010417, to the above-referenced FOIA request.

26. This is the Army's only response to FOIA Request No. 5.

27. As of the date of this Complaint, the Army has not produced a single document responsive to FOIA Request No. 5.

28. As of the date of this Complaint, the Army has not given Mr. Wood any justification for its refusal to produce or otherwise respond to FOIA Request No. 5.

29. On July 9, 2018, Mr. Wood submitted a FOIA request to the Army that sought:

- All complaints that Arlyn Wood made to any Europe-based branch of the U. S. Army's Criminal Investigative Command/Criminal Investigative Division from January 1, 2012 to the present day regarding Teodora Simona Wood a/k/a Popa a/k/a Borşoş.

- All documents, including, without limitation, emails, letters, text messages, or other tangible means of written communication made by Nicole G. Staples regarding Arlyn Wood from January 1, 2017 to the present day.

- All documents, including, without limitation, emails, letters, text messages, or other tangible means of written communication made by Sarah Kamp regarding Arlyn Wood from January 1, 2017 to the present day.

- All documents, including, without limitation, emails, letters, text messages, or other tangible means of written communication made by Konrad Braun regarding Arlyn Wood from January 1, 2017 to the present day.

- All emails sent that Sarah Kamp sent (to any person) or received (from any person) regarding Arlyn Wood during the January 1, 2018 – present day.

- All documents that relate to or are associated with any order, directive, or like request that Arlyn Wood be permanently or temporarily barred from entering any U.S. Military installation in Europe from January 1, 2018, to the present day.

COMPLAINT FOR VIOLATION OF THE
FREEDOM OF INFORMATION ACT (FOIA) - 5

- Each document that relates to or is associated with any "temp bar for USAG-Stuttgart" regarding Arlyn Wood during the January 1, 2018 to the present day timeframe.

- All documents that Christopher Knight sent (to any person) or received (from any person) regarding Arlyn Wood from January 1, 2017 to the present day.

- All documents that Anthony or Tony Black sent (to any person) or received (from any person) regarding Arlyn Wood from January 1, 2017 to the present day.

- All documents that Lt Col Erik Dutkiewicz sent (to any person) or received (from any person) regarding Arlyn Wood from January 1, 2017 to the present day.

- All documents that Melody Freese sent (to any person) or received (from any person) regarding Arlyn Wood from January 1, 2017 to the present day.

- All documents that Andrew Shattuck sent (to any person) or received (from any person) regarding Arlyn Wood from January 1, 2017 to the present day.

- All documents that any employee or agent of the SOCEUR J2 received (from any person) or sent (to any person) regarding Arlyn Wood from January 1, 2017 to present day.

- All documents that any employee of agent of the AFRICOM J2 received (from any person) or sent to any person) regarding Arlyn Wood from January1, 2017 to present day.

- All documents that Christine Charles sent (to any person) or received (from any person) regarding Arlyn Wood from January 1, 2017 to the present day.

- All documents that Steven Crawford sent (to any person) or received (from any person) regarding Arlyn Wood from January 1, 2017 to the present day.  (FOIA Request No. 6)

COMPLAINT FOR VIOLATION OF THE FREEDOM OF INFORMATION ACT (FOIA) - 6

30. As of the date of this Complaint the Army has not responded, at all, to FOIA Request No. 6.

31. On August 7, 2018, Mr. Wood appealed the Army's constructive denial of FOIA Request No. 6.

32. Over twenty (20) business days have elapsed since the Army received Mr. Wood's six FOIA requests and August 7, 2018 FOIA appeal.

33. The Army did not respond to the Mr. Wood's August 7, 2018, FOIA appeal within twenty (20) business days of receiving Mr. Wood's FOIA appeal.

34. Pursuant to 5 U.S.C. § 552(a)(6)(A)(ii), the Army's response to all of Mr. Wood's FOIA requests were due within twenty business days of the dates said FOIA requests were made.

35. As of the date of this Complaint, the Army has failed to produce any records responsive to any of the above-referenced FOIAs request or demonstrate that the responsive records are exempt from production.

36. Because the Army has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A)(i)&(ii), Mr. Wood is deemed to have exhausted any and all administrative remedies with respect to the FOIA requests per 5 U.S.C. § 552(a)(6)(C).

37. The above facts make clear that the Army is improperly withholding the records subject to Mr. Wood's FOIA requests.

## V. CLAIM FOR RELIEF

**(Violation of FOIA 5 U.S.C. § 552)**

38. Plaintiff incorporates the above paragraphs as if pled verbatim herein.

39. As described above, the Army's failure to respond to Mr. Wood's six FOIA requests violated the statutory deadline imposed by the FOIA set forth in 5 U.S.C. § 552(a)(6)(A)(ii).

40. Mr. Wood has exhausted the applicable administrative remedies with respect to his six FOIA requests. 5 U.S.C. § 552(a)(6)(C).

41. Mr. Wood is entitled to injunctive relief compelling the release and disclosure of the requested agency records.

42. Defendant is unlawfully withholding records requested by Mr. Wood pursuant to 5 U.S.C. § 552.

43. Mr. Wood is being irreprably harmed by reason of the Army's unlawful withholding of requested records, and Mr. Wood will continue to be irreprably harmed unless the Army is compelled to conform its conduct to the law's requriements. Mr. Wood needs the requested information to protect his childrens' interests and safety as well as Mr. Wood's own reputation as such protection is needed so Mr. Wood can gain employment and enjoy certain volunteering opportunities.

## VI.   DEMAND FOR RELIEF

Mr. Wood demands:

A. That the Court order the Defendant to conduct a search for any and all records responsive to Plaintiff's FOIA requests and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA requests.

B. Order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA requests and a index of any responsive records withheld under a claim of exemption.

C. Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA requests.

D. Award plaintiff costs, attorneys' fees, and other reasonable expenses pursuant to 5 U.S.C. § 552(a)(4)(E).

E. Award plaintiff additional relief as the Court deems just and equitable.

DATED this September 7, 2018.

CROTTY & SON LAW FIRM, PLLC

*Matthew Z. Crotty* _____
Matthew Z. Crotty, WSBA 39284
905 W. Riverside Ave. Ste. 404
Spokane, WA 99201
Telephone: (509) 850-7011
Facsimile: (509) 703-7957
Email: matt@crottyandson.com