The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARLYN WOOD, <br>                Plaintiff, <br> v. <br> UNITED STATES DEPARTMENT OF THE ARMY, <br>                Defendant. | CASE NO. 18-cv-01317-BJR <br><br> **JOINT STATUS REPORT AND ORDER** |

Plaintiff ARLYN WOOD and Defendant UNITED STATES DEPARTMENT OF THE ARMY hereby provide the Court with a Status Update pursuant to the Court's July 15, 2019 Order. Dkt. No. 24.

The only remaining issue in this Freedom of Information Act ("FOIA") suit is attorneys' fees and costs. The parties agree to attempt to resolve this issue without motion practice. In mid-August, Plaintiff's counsel provided Defendant with fee and cost information, including billing records. At this time, Defendant and the assigned Assistant United States Attorney are reviewing these records and commencing the internal settlement authority process. Although the parties had intended to have completed this process by the end of August, the timing of defense counsel's summer vacation schedule and work schedule did not allow this to occur.

STATUS UPDATE
18-cv-01317-BJR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties anticipate that that the issue of attorneys' fees and costs can be settled within the next 30 days. If not, the parties will submit a briefing schedule to the Court. For good cause, the parties request that the Court allow them to file another status report on or before October 7, 2019.

DATED this 5th day of September, 2019.

Respectfully Submitted,

BRIAN T. MORAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Email: michelle.lambertn@usdoj.gov

*Attorneys for Defendant*

CROTTY & SON LAW FIRM, PLLC

*s/ Matthew Z. Crotty*
MATTHEW Z. CROTTY, WSBA# 39284
905 W. Riverside Ave., Ste. 404
Spokane, WA 99201
Phone: (509) 850-7011
Email: matt@crottyandson.com

*Attorneys for Plaintiffs*

STATUS UPDATE
18-cv-01317-BJR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

The parties shall file their next status report by October 7, 2019. **IT IS SO ORDERED**.

Dated this 6th day of September, 2019.

*Barbara Rothstein*
BARBARA J. ROTHSTEIN
United States District Judge

STATUS UPDATE
18-cv-01317-BJR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970